UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>ASHLEY R. KENDALL | No. 1:14-MC-27-MJS<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR FOR JURY DUTY** |

    Ashley R. Kendall, having been summoned for jury duty in this District on April 8, 2014 and not having appeared for same, is hereby ORDERED TO APPEAR before Magistrate Judge Michael J. Seng in Courtroom No. 6 of the United States District Court, 2500 Tulare Avenue, Fresno, California, on April 25, 2014 at 9:30 a.m., and Show Cause why she should not be held in contempt for failure to appear as summoned and comply with her jury service obligations.

    Said Ashley R. Kendall is advised that any person who fails to show good cause for noncompliance with a jury summons may be fined not more than $1000.00, imprisoned not more than three days, ordered to perform community service, or any combination thereof. 28 U.S.C. Section 1866 (g). **The Clerk's Office is directed to**

1

1  **forward a copy of this Order to Show Cause to the address on file for Ashley R.**
2  **Kendall.**

IT IS SO ORDERED.

Dated:   April 9, 2014               /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE